ACCEPTED
06-14-00109-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/18/2015 4:18:17 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00109-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS | § | IN THE | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | | |
| VS. | § | 6th COURT | 2/18/2015 4:18:17 PM<br>DEBBIE AUTREY<br>Clerk |
| | § | | |
| MARLO DONTA PERSONS | § | OF APPEALS | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Marlo Donta Persons, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case was appealed on July 03, 2014 from the 354TH Judicial District Court of Hunt County, Texas.

2.     The original case appealed from was styled the STATE OF TEXAS vs. Marlo Donta Persons, Cause Number 29,371.

3.     Appellant was convicted of Possession of a Controlled Substance Penalty Group 1 in an amount Greater or equal to 400 grams.

4.     Appellant was sentenced to 55 years in the Texas Department of Corrections on June 09, 2014.

5.     Notice of appeal was given on July 03, 2014.

6. Defendant is currently incarcerated.

7. The appellate brief is presently due on February 18, 2015.

8. Appellant requests a 30 day extension from the present date.

9. This is appellant's first requested extension and no other extensions have been granted to appellant at this time.

10. The clerk's record was filed on October 13, 2014; the complete reporter's record was filed on January 20, 2015.

11. Appellant presents the following facts as good cause for the requested extension:

Appellant's attorney, Elisha Hollis has begun reviewing both the reporter's record and the clerk's record filed in this cause. But, Appellant's counsel has not been able to finish fully reviewing the entire record and prepare a brief for Appellant due to extensive preparation for a sexual assault of a child trial between January 19, 2015 and February 06, 2015 that was set for a jury trial on February 09, 2015.

Furthermore, Appellant has communicated with his counsel that he would like more time to review the record as well before a brief is filed on his behalf.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

The Law Office of Elisha Hollis
2608 Stonewall Street
Greenville, Texas 75401
Tel: (903) 450-2473
Fax: (903) 200-1290
ElishaHollis@gmail.com

By: /s/ Elisha Hollis
Elisha Hollis
State Bar No. 24083189
Attorney for Marlo Persons

## CERTIFICATE OF SERVICE

This is to certify that on February 18, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County Texas, by electronic filing system and by hand delivery.

/s/ Elisha Hollis
Elisha Hollis